IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01482-REB-MJW

GEORGE DEWEY,

Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Entry of Protective Order (docket no. 12) is GRANTED. The written Order captioned "Order Protecting Confidential Material" (docket no. 12) is APPROVED and made an Order of Court.

Date: October 19, 2005