IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01482-REB-MJW

GEORGE DEWEY,

Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　　It is hereby ORDERED that the Plaintiff's Motion to Amend Complaint, which was filed on October 20, 2005 (Docket No. 14), is granted, and the tendered Amended Complaint is accepted for filing as of the date of this Minute Order.

Date:  October 20, 2005