UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO

Civil Action No. 05-CV-01482-REB-MJW

GEORGE DEWEY,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

---

**DEFENDANT HEWLETT-PACKARD COMPANY'S SUBMISSION OF DECLARATION OF DARREN E. NADEL IN SUPPORT OF FEE AWARD**

---

    Pursuant to this Court's Order dated January 6, 2006, Defendant Hewlett-Packard Company ("HP") respectfully submits the attached Declaration of Darren E. Nadel. This Declaration details the reasonable fees incurred by HP in connection with obtaining Orders from this Court (1) requiring Plaintiff to respond to HP's requests for production, (2) requiring Plaintiff to further respond to HP's interrogatories and (3) requiring Plaintiff to answer deposition questions.

    DATED this 20th day of January, 2006.

                             s/ Darren E. Nadel
                             Darren E. Nadel
                             Emily V. Pastorius
                             LITTLER MENDELSON P.C.
                             1200 17th Street, Suite 1300
                             Denver, CO 80202-5835
                             Telephone: 303.629.6200

                             ATTORNEYS FOR DEFENDANT
                             HEWLETT-PACKARD COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2006, I electronically filed the foregoing **DEFENDANT HEWLETT-PACKARD COMPANY'S SUBMISSION OF DECLARATION OF DARREN E. NADEL IN SUPPORT OF FEE AWARD** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address belonging to the following attorney:

deb@lehouillier.net

Patric J. Lehouillier, Esq.
90 S. Cascade Ave., Ste. 1430
Colorado Springs, CO
80903

s/ Gale S. Antczak
Gale S. Antczak