**DATE:** January 20, 2006

**Invoice No. 3122732**

**CLIENT MATTER NUMBER:** 001577.1141

**CLIENT:** HEWLETT-PACKARD COMPANY

**MATTER:** DEWEY, GEORGE LAWSUIT

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/14/05 | DEN | Analysis and evaluation of Plaintiff's discovery responses; draft detailed correspondence to P. LeHouillier re deficient responses | 1.75 | 669.38 |
| 12/14/05 | EVP | Final review and minor revisions to "meet and confer" letter drafted in response to Plaintiff's inadequate discovery responses (and in compliance with applicable Federal and Local Rules prior to filing Motion to Compel). | 0.25 | 68.63 |
| 12/19/05 | DEN | Prepare correspondence to P. LeHouillier re dispute concerning timing of Dewey deposition | 0.25 | 95.63 |
| 12/20/05 | JBK | Review, edit, and revise Motions to Compel (2.25); conference and email communication with Ms. Pastorius re same (.25). | 2.50 | 753.75 |
| 12/20/05 | EVP | Draft all sections of HP's Motion to Compel Attendance of George Dewey for Deposition on January 11, 2006. | 2.25 | 617.63 |
| 12/21/05 | JBK | Review, edit, and revise draft of Motion to Compel and communicate with Ms. Pastorius re same. | 2.50 | 753.75 |



EXHIBIT A-1

| DATE: | January 20, 2006 | | | Invoice No. 3122732 | |
|---|---|---|---|---|---|
| CLIENT MATTER NUMBER: | 001577.1141 | | | | |
| CLIENT: | HEWLETT-PACKARD COMPANY | | | | |
| MATTER: | DEWEY, GEORGE LAWSUIT | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/21/05 | EVP | Revisions to content of Motion to Compel Attendance For Deposition on January 11, 2006. Includes revisions to legal argument and factual background. (.8); Revisions to Motion to Compel Production of Documents and Response to Interrogatories (strengthen legal argument section and add some additional legal authority) (.7). | 1.50 | 411.75 |
| 12/21/05 | KMM | Compile exhibits to Motion to Compel. | 1.00 | 126.00 |
| 12/27/05 | EVP | Review judge's Order setting oral arguments pertaining to HP's two Motions to Compel filed on December 22, 2005. | 0.25 | 68.63 |
| 01/03/06 | DEN | Review memorandum referring discovery dispute to Magistrate Jude Watanabe; review order setting oral argument for Jan. 6 and Plaintiff's response date for January 5 | 0.25 | 95.63 |
| 01/04/06 | DEN | Review pending discovery motions re preparation for argument on same and re gathering additional materials for oral argument | 1.25 | 478.13 |
| 01/05/06 | DEN | Analysis and evaluation of response to motion to compel responses to interrogatories and requests for production; consider response during oral argument to same (.5); analysis and evaluation of response to motion to compel attendance at deposition and response to deposition questions; consider response during oral argument to same (.5); review correspondence from K. Young re Plaintiff's responses and confer re strategy for oral argument (.25) | 1.25 | 478.13 |

| | | | | | |
|---|---|---|---|---|---|
| **DATE:** | January 20, 2006 | | | Invoice No. 3122732 | |
| **CLIENT MATTER NUMBER:** | 001577.1141 | | | | |
| **CLIENT:** | HEWLETT-PACKARD COMPANY | | | | |
| **MATTER:** | DEWEY, GEORGE LAWSUIT | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/05/06 | EVP | Carefully review and analyze all of Plaintiff's document production to our requests for production of documents in preparation for oral argument on Friday, 1/6/06. This includes reviewing each document (out of over 1000 documents produced) and assessing whether each document produced is arguably 1) responsive to HP's Requests For Production; and 2) if so, which Requests For Production (1-17) the document is arguably responsive to. (5.0) Time also includes listing each of these documents in an excel spreadsheet to be used at the discovery hearing on 1/6/06 and for future reference when reviewing the documents produced. (.75). | 5.75 | 1,578.38 |
| 01/05/06 | EVP | Legal research and analysis to find case law on specific issue of sanctions in preparation for oral argument in support of HP's Motion to Compel discovery. In particular, cases on point that have issued 37(a) and (d) sanctions against a party for failure to provide information in connection with discovery requests. | 1.25 | 343.13 |
| 01/06/06 | DEN | Prepare for hearing on motion to compel responses to document requests and request for production (.5); prepare for hearing on motion to compel attendance at deposition and responses to deposition questions (.5); argue motions to compel (including travel to and from courthouse) (1.25); review minute entry re hearing; review minutes/ minute order (.25) | 2.50 | 956.25 |

**DATE:** January 20, 2006

**Invoice No. 3122732**

**CLIENT MATTER NUMBER:** 001577.1141

**CLIENT:** HEWLETT-PACKARD COMPANY

**MATTER:** DEWEY, GEORGE LAWSUIT

| | | | | |
|---|---|---|---|---|
| 01/06/06 | KMM | Prepare list to be used at Motion to Compel hearing matching bates numbers with Interrogatory numbers and number of document pages for each interrogatory number (4.0); compile copies of case law for Motion to Compel hearing (.5); review Dewey's deposition for references made to documents he has not yet produced (.5) | 5.00 | 630.00 |

**Total Legal Fees**     29.50     $8,124.80

### Fees Summary

| Timekeeper | | Hours | Rate | Fees |
|---|---|---|---|---|
| Darren E. Nadel | Shareholder | 7.25 | 382.50 | 2,773.15 |
| Joshua B. Kirkpatrick | Associate | 5.00 | 301.50 | 1,507.50 |
| Emily V. Pastorius | Associate | 11.25 | 274.50 | 3,088.15 |
| Kathy M. Matise | Para-Legal | 6.00 | 126.00 | 756.00 |
| **Total Legal Fees** | | **29.50** | | **$8,124.80** |

### Disbursements

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 12/30/05 | Duplication | 26 | 0.10 | 2.60 |

**Total Disbursements**     $2.60

| | |
|---|---|
| **DATE:** | January 20, 2006 |
| **CLIENT MATTER NUMBER:** | 001577.1141 |
| **CLIENT:** | HEWLETT-PACKARD COMPANY |
| **MATTER:** | DEWEY, GEORGE LAWSUIT |

Invoice No 3122732

**Total Amount Due For This Invoice**            $8,127.40