IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01482-REB-MJW

GEORGE DEWEY,

Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Motion to Strike Plaintiff's Motion to Compel for Failure to Confer (docket no. 47) is DENIED. Here, the record is unclear as to whether or not the parties had conferred as required under D.C.COLO.LCivR 7.1. prior to Plaintiff filing his Motion to Compel (docket no. 45). Accordingly, giving the Plaintiff the benefit of the doubt and within the scope of judicial economy, this court, in its discretion, shall deny the subject motion.

Date:  February 15, 2006