IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01482-REB-MJW

GEORGE DEWEY,

Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion to Compel (docket no. 45) is DENIED. The Defendant has now provided to Plaintiff his complete personnel file, responsive emails, and unredacted documents. Moreover, the Plaintiff has failed to provide any legal authority for this motion as required under D.C.COLO.LCivR 7.1C. Lastly, Defendant has fully responded to Plaintiff's discovery requests that are the subject matter of this motion. It is FURTHER ORDERED that each party shall pay their own attorney fees and costs.

Date: March 1, 2006