IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01482-REB-MJW

GEORGE DEWEY,

Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiff's Motion for Protective Orders [sic], which was filed on April 10, 2006 (Docket No. 72), is **DENIED**. Plaintiff's deposition shall be conducted on April 13, 2006, at 9:00 a.m. as noticed by the defendant.

On March 6, 2006, this court ordered, *inter alia*, that the plaintiff's continued deposition was to be reset to on or before April 21, 2006. (Docket No. 63). Accordingly, almost one month ago, on March 17, 2006, defendant noticed plaintiff's deposition for April 13, 2006, at 9:00 a.m. (See Notice of Continued Deposition of George Dewey attached to Plaintiff's Motion for Protective Orders [sic], Docket No. 72). Nevertheless, just three days before the scheduled deposition, plaintiff seeks to put off his continued deposition until after the beginning of June. This request is denied. This is the plaintiff's case, yet he has been causing unnecessary delay and frustrating the course of discovery. Plaintiff shall not be permitted to continue to avoid the completion of his deposition. Plaintiff has not established that there is a substantial risk that he will be terminated from his employment as a result of his deposition on Thursday.

Date: April 11, 2006