IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-cv-01482-REB-MJW**

GEORGE DEWEY,

Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

Defendant.

**ORDER REGARDING ATTORNEY FEES AND COSTS
AWARDED IN THIS COURT'S MARCH 6, 2006, ORDER (Docket No. 63)**

**MICHAEL J. WATANABE
United States Magistrate Judge**

In an Order issued on March 6, 2006, this court, *inter alia*, found

[t]hat as a sanction, Plaintiff shall pay to Defendant reasonable expenses for having to bring and prosecute the subject motion [Docket No. 57]. Reasonable expenses shall include reasonable and necessary attorney's fees and costs. The parties are to meet and confer to see if they can agree upon an amount. If the parties can agree, then they shall file a stipulation as to that amount with the court on or before March 20, 2006. If the parties cannot agree, then Defendant shall file its itemized affidavit for attorney's fees and costs with the court on or before March 20, 2006. Plaintiff's response to Defendant's itemized affidavit of attorney's fees and costs shall be filed on or before March 30, 2006. Defendant's reply to Plaintiff's response shall be filed on or before April 10, 2006.

(Docket No. 63). The parties were unable to agree upon an amount of reasonable attorney fees and expenses. Therefore, on March 20, 2006, defendant filed HP's Submission of Declaration of Darren E. Nadel in Support of March 6, 2006 Fee Award (Docket No. 64). On March 29, 2006, plaintiff filed an Objection to the defendant's

2

submission (Docket No. 65), and on April 10, 2006, defendant filed a Reply (Docket No. 71).  The court now being fully informed, makes the following findings, conclusions, and order.

Defendant seeks a total of $9,331.88 in fees incurred in filing its Motion for Sanctions (Docket No. 57).  Upon review of defense counsel's declaration, billing entries, and exhibit, the plaintiff's objection, and defense counsel's reply, this court finds that the number of billable hours claimed is reasonable and not excessive.  However, the court further finds that the hourly rates sought are excessive and instead will award attorney Nadel an hourly rate of $300 (rather than $382.50), associate Pastorius an hourly rate of $175 (rather than $274.50), and paralegal Hines an hourly rate of $70.00 (rather than $85.50).  Accordingly, plaintiff shall pay the defendant the sum of $6,640.00 ($3,525 for 11.75 hours by Nadel; $2,975 for 17 hours by Pastorius; and $140 for 2 hours by Hines).  It is thus hereby

**ORDERED** that on or before May 30, 2006, the plaintiff shall remit payment to defense counsel in the amount of $6,640.00 pursuant to this court's fee award issued on March 6, 2006 (See Docket No. 38).

Date:  May 18, 2006                              s/ Michael J. Watanabe
       Denver, Colorado                          Michael J. Watanabe
                                                 United States Magistrate Judge