**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  05-cv-01482-REB-MJW

GEORGE DEWEY,

      Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

      Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matter before me is the **Recommendations on HP's Motion for Sanctions for Continuing Disobedience of Court Order (Docket No. 68) and HP's Third Motion for Sanctions for Disobedience of Court Order (Docket No. 76)** [#87], filed May 18, 2006.  Magistrate Judge Watanabe recommends that this case be dismissed as a sanction for the plaintiff's repeated failure to comply with this court's orders, and his failure to cooperate reasonably in discovery.

      As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendations, the objections, and the applicable case law.  The only document filed by the plaintiff subsequent to Magistrate Judge Watanabe's recommendation is a document captioned Affidavit of George Dewey [[#89], filed May 24, 2006.  This document was not filed properly because it was filed by Dewey acting *pro se*, and was

not filed through Dewey's counsel of record.  The plaintiff is represented by counsel and there is no requirement that this filing be interpreted liberally.  Even if the plaintiff's affidavit [#89] is read as an attempt to assert objections to the magistrate judge's recommendation, the objections are imponderous and without merit.  In contrast, the recommendation is detailed, well-reasoned, and it describes the relevant facts and the applicable law.  Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendations proposed by the Magistrate Judge should be approved and adopted.

THEREFORE, IT IS ORDERED as follows:

1.  That the **Recommendations on HP's Motion for Sanctions for Continuing Disobedience of Court Order (Docket No. 68) and HP's Third Motion for Sanctions for Disobedience of Court Order (Docket No. 76)** [#87], filed May 18, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2.  That **HP's Motion for Sanctions for Continuing Disobedience of Court Order** [#68], filed April 7, 2006, is **GRANTED**;

3.  That **HP's Third Motion for Sanctions for Disobedience of Court Order** [#76], filed April 13, 2006, is **GRANTED**;

4.  That this case is **DISMISSED WITH PREJUDICE**;

5.  That the plaintiff, George Dewey, is **ORDERED** to pay the defendant's reasonable attorney fees and costs incurred in the filing and prosecution of the two motions listed above, **HP's Motion for Sanctions for Continuing Disobedience of Court Order** [#68], filed April 7, 2006, and **HP's Third Motion for Sanctions for Disobedience of Court Order** [#76], filed April 13, 2006;

6.  That the plaintiff and his attorney are **ORDERED** to pay the defendant's reasonable attorney fees and costs incurred as a result of the plaintiff's failure to appear for his deposition on April 13, 2006;

7.  That if the defendant seeks to obtain an award of specific amounts of attorney fees and costs, then on or before **June 30, 2006**, the defendant shall file a motion and affidavit in support of their requested attorney fees and costs, in compliance with D.C.COLO.LCivR 54.3 and 54.1;

8.  That any such motion shall separately account for attorney fees and costs associated with the defendant's motions docketed as [#68 and [#76], and fees and costs incurred as a result of the plaintiff's failure to appear for his deposition on April 13, 2006;

9.  That any response and reply to such a motion shall be marshaled under D.C.COLO.LCivR 7.1.C.; and

10.  That any other pending motions are **DENIED** as moot.

Dated June 16, 2006, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**